UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANTOS CORONA MERCADO (A# 029-656-396),

Petitioner,

v.

WARDEN, CALIFORNIA CITY DETENTION FACILITY, et al.,

Respondents.

No. 1:26-cv-05358-DC-SCR (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF No. 10)

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241. (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 11, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within three days. (ECF No. 10.) On August 13, 2026, Respondents filed objections, merely stating that they "object to the findings and recommendations based on the reasons stated in their responsive pleadings." (ECF No. 11.) However, those arguments were addressed and rejected by the magistrate judge in this case and by the undersigned in other cases. Specifically, this court has found that noncitizens are entitled to a bond hearing when their mandatory immigration detention without any such hearing has

become unconstitutionally prolonged. *See Inderjit Singh v. Albarran*, No. 1:26-cv-00940-DC-DMC, 2026 WL 392169 (E.D. Cal. Feb. 12, 2026) (granting motion for temporary restraining order and ordering a bond hearing where the petitioner was detained pursuant to 8 U.S.C. § 1226(c) for approximately 12 months without a bond hearing); *see also Rodriguez v. Warden, Cal. City Det. Fac.*, No. 1:26-cv-01373-DC-SCR, 2026 WL 1727199 (E.D. Cal. June 15, 2026) (granting petition for a writ of habeas corpus and ordering a bond hearing where the petitioner was detained pursuant to 8 U.S.C. § 1226(c) for over 6 months without a bond hearing). Thus, Respondents' objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 11, 2026 (ECF No. 10), are ADOPTED;

2. Petitioner Santos Corona Mercado's (A-029-656-396) petition for a writ of habeas corpus (ECF No. 1) is GRANTED;

3. Respondents are ORDERED to, within fourteen (14) days of the date of entry of this order, provide Petitioner with a bond hearing before an immigration judge at which the government shall bear the burden of justifying Petitioner's continued detention by clear and convincing evidence;

4. Respondents are ORDERED to, no fewer than seven (7) days before the bond hearing, provide Petitioner and any immigration counsel of record with adequate notice of the bond hearing;

5. Respondents are ORDERED to, within seven (7) days after the bond hearing, file a notice with this court certifying compliance with this order;

6. If Petitioner is granted release on bond, Respondents shall return all of Petitioner's

documents and possessions at the time of release;

7. The Clerk of the Court is directed to serve California City Detention Facility with a copy of this order; and

8. The Clerk of the Court is ordered to enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Dated: **August 18, 2026**

Dena Coggins
United States District Judge